# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lauren Munch

                    Plaintiff,

v.                                              Case No.: 1:18–cv–01244
                                                          Honorable Virginia M. Kendall

Diversified Consultants, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2018:

    MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 8/7/2018. This case is dismissed without prejudice, with leave to move to reinstate on or before 9/18/2018. If no timely motion to reinstate is filed, then this dismissal will convert to a dismissal with prejudice on 9/19/2018 without further order of court. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.